**UNITED STATES of America, Appellee,**

v.

**Robert John IRONBEAR, also known as Showtime, also known as Lonno, Appellant.**

No. 10–2875.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 24, 2011.

Filed: March 2, 2011.

tions of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.

Janice Lipovsky, Special, U.S. Attorney's Office, Lincoln, NE, for Appellee.

Gregory C. Damman, Seward, NE, Robert John Ironbear, Terre Haute, IN, for Appellant.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Robert John Ironbear was sentenced in 2008 to 168 months in prison. The district court[1] later granted the government's Federal Rule of Criminal Procedure 35(b) motion based on Ironbear's substantial assistance, and reduced his sentence to 108 months. Ironbear appeals. Upon careful review, we conclude that we lack jurisdiction to hear his appeal. *See United States v. Haskins*, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam) (jurisdiction over appeal of Rule 35(b) sentence is governed by 18 U.S.C. § 3742(a); although defendant framed issue as sentence's overall reasonableness, he was appealing ruling on motion to reduce sentence, and jurisdiction was lacking because he did not satisfy § 3742(a) criteria). Accordingly, we grant counsel leave to withdraw and we dismiss this appeal.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.